UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5825FDB |
| Plaintiff, | ) ) | ORDER SEALING DEFENDANT'S MOTION FOR RELEASE PENDING SENTENCING |
| vs. | ) ) | |
| ERIC L. MIDDLETON, | ) ) | |
| Defendant. | ) ) | |

The Court having considered the Motion for Order Sealing Defendant's Motion for Release Pending Sentencing, and the Memorandum submitted by defense counsel in support thereof,

NOW THEREFORE IT IS HEREBY ORDERED that Defendant's Motion for Release Pending Sentencing and any appendixes thereto be sealed.

DONE this 2nd day of October, 2009.

    S/Pat LeFrois
Clerk to Honorable Franklin D Burgess

Presented by:

/s *Miriam F. Schwartz*
MIRIAM F. SCHWARTZ
Attorney for Defendant

ORDER SEALING MOTION FOR
RELEASE PENDING SENTENCING – page 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710